**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                        **Case No. 4:14-cr-00138-05 KGB**

**LARRY DEAN SILAS**                                                        **DEFENDANT**

**ORDER**

Before the Court is a motion to substitute counsel (Dkt. No 183). On July 24, 2014, United States Magistrate Judge J. Thomas Ray appointed J. Fletcher See to represent defendant Larry Dean Silas in this matter (Dkt. No. 32). Attorney Patrick Benca has filed an entry of appearance as retained counsel on behalf of Mr. Silas in this case on August 25, 2016 (Dkt. No. 182).

For good cause shown, the motion to substitute counsel is granted (Dkt. No. 183). Patrick Benca is hereby substituted as counsel of record for Mr. Silas, and J. Fletcher See is relieved from any further representation of Mr. Silas in this matter.

It is so ordered this 2nd day of September, 2016.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge